IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY LEWIS                                                                                         PLAINTIFF
ADC #144681

v.                                      5:18CV00221-JM-JJV

VARNER UNIT; *et al.*                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff is allowed to proceed on his claim against Defendant Gloria Price.

2. Defendant Varner Unit is DISMISSED without prejudice from this action due to Plaintiff's failure to state a viable claim against it.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 24th day of September, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE