IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HARVEY LEWIS**     **PLAINTIFF**
**ADC #144681**

v.     **CASE NO: 5:18CV00221-JM-JJV**

**VARNER UNIT,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Lewis's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Price's Motion for Summary Judgment (Doc. No. 22) is GRANTED.

2. Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED with prejudice.

3. The Court declines to exercise jurisdiction over any state law claims.

4. This case is DISMISSED.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation would not be taken in good faith.

DATED this 9th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE