IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HARVEY LEWIS**                                                 **PLAINTIFF**
**ADC #144681**

v.                     **CASE NO: 5:18CV00221-JM-JJV**

**VARNER UNIT**, *et al*.                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of July, 2019.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE