**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**HARVEY LEWIS**                                                            **PLAINTIFF**
**ADC #144681**

**v.**                           **CASE NO: 5:18CV00221-JM-JJV**

**VARNER UNIT,** *et al.*                                                    **DEFENDANTS**

## AMENDED JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice[1]; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 9th day of July, 2019, *nunc pro tunc*.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The original judgment erroneously reflected that the dismissal was without prejudice. This amendment conforms to the dispositive order (Doc. 27).